IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. PJM 23-442 |
| v. | * | |
| | * | |
| TIANNA COSBY, | * | |
|    a/k/a "MENDOZA," | * | |
| MARCHE SISCO, | * | |
| TOMMI COSBY, | * | |
| BINIAH CARTER, and | * | |
| ZION ADEDUWON | * | |
| | * | |
| Defendants. | * | |
| | * | |

******

## ORDER

Upon reviewing the Government's consent motion to exclude time under the Speedy Trial Act, the Court finds that: (1) under 18 U.S.C. § 3161(h), the interests of justice will be served by continuing the trial date beyond the speedy trial date and (2) the ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendants' in a speedy trial. Specifically, the Court concludes that:

   a.   The failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

   b.   The requested exclusion of time would allow the parties sufficient time to conduct discussions regarding a disposition of the case short of trial; and

   c.   The failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the defendants and attorneys for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

And so, it is hereby ORDERED on this 28 day of May, 2024 that:

1. The Government's Consent Motion is **GRANTED**;

2. The period from **May 21, 2024 to July 20, 2024** shall be excluded from calculation under the Speedy Trial Act;

3. The interests of justice will be served by continuing the trial date beyond the speedy trial date; and

4. The ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendants in a speedy trial.

**IT IS SO ORDERED.**

_____
Honorable Peter J. Messitte
United States District Judge
District Of Maryland