# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 8:23-cr-442 |
| | ) | |
| TOMMI COSBY | ) | |
| | ) | |

---

### CONSENT MOTION TO CONTINUE SENTENCING

Tommi Cosby, with the consent of the government, respectfully requests that the Court continue her sentencing hearing to May 21, 2025. Alternately, both counsel are also available on May 19, 2025. In support of this motion, Ms. Cosby states as follows:

1. On December 7, 2023, a grand jury returned an indictment against Ms. Cosby and others charging conspiracy to commit mail and bank fraud, mail fraud, and aggravated identity theft. On October 15, 2024, Ms. Cosby entered guilty pleas to Counts 1 and 18.

2. After being indicted, Ms. Cosby turned herself in, was released under pretrial supervision, and has been fully compliant with all conditions of pretrial release.

3. Ms. Cosby's sentencing is currently scheduled for April 23, 2025, at 10:00 a.m.

4. Defense counsel asks that the Court continue her sentencing hearing to May 21, 2025. Counsel needs additional time to compile and review certain records from outside sources relevant to Ms. Cosby's mitigation presentation.

5. Counsel have conferred and agree that this date is mutually agreeable. Alternatively, counsel are all available on May 19, 2025.

WHEREFOR Ms. Cosby asks the Court to continue her sentencing hearing from April

23, 2025, to May 21, 2025.

Respectfully Submitted,

*s/ Meghan Skelton*
Meghan Skelton
Bar No. 30942
SkeltonLaw, LLC
P. O. Box 308
Cabin John, MD 20818
240-425-2280
meghan@skelton.law

*Counsel for Defendant*