UNITED STATES OF AMERICA

vs.

TIANNA COSBY

Criminal No. PX 23-442

FILED ___ ENTERED
___ LOGGED  BV  RECEIVED

APR 8 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Government Exhibit

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 04/08/2025 | 04/08/2025 | Video Victim Impact Statement of Bonnie Gladden |
| 2 | 04/08/2025 | 04/08/2025 | Video Victim Impact Statement of Rudolph Peksens, Jr. |
| 3 | 04/08/2025 | 04/08/2025 | Photo of Vehicles in Garage |
| 4 | 04/08/2025 | 04/08/2025 | Photo of Jewelry |
| 5 | 04/08/2025 | 04/08/2025 | Photo of Defendant with Security |
| 6 | 04/08/2025 | 04/08/2025 | Photo of Text Messages |

Exhibit List (Rev. 3/1999)